IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID LAMAR JOHNSON, #255052, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:12-cv-1032-TMH |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.	The plaintiff's objection (Doc. #12) filed on August  27, 2013 to the Recommendation of the Magistrate Judge is overruled;

2.	The Recommendation of the Magistrate Judge (Doc. #11) entered on August 9, 2013 is adopted;

3.	This case is DISMISSED without prejudice for plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this 16th day of October, 2013.

        /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE